George H. Amos, Respondent, v. International Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who voted for reversal on the ground that the rules of the defendant were improperly received in evidence, and Williams, J., who voted for reversal on the ground that the verdict as to the questions of negligence is contrary to the evidence.

Milan Hubbard, Respondent, v. Minetto Shade Cloth Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Thomas E. Clare, Appellant, v. The Mutual Life Insurance Company of New York, Respondent. — Judgment affirmed, with costs. All concurred.

James A. Calvert, Appellant, v. Rebecca M. Calvert, Respondent. — Order modified so as to permit the plaintiff to pay into court the sum of $250 in lieu of bond as provided in section 3272 of the Code of Civil Procedure, and as so modified affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Application of George B. Knollin, Appellant, for a Writ of Mandamus. Peter G. Hydorn, Supervisor of the Town of Sandy Creek, Oswego County, N. Y., and Others, Respondents. — Order affirmed, with costs, on the opinion of Andrews, J. (Reported in 59 Misc. Rep. 373.) All concurred, except Spring and Kruse, JJ., who dissented.

Almyra B. Farwell, Respondent, v. Adelbert J. Schlager, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Daniel J. Scanlon, Respondent, v. Foster W. Walker, County Treasurer of Livingston County, and Maynard N. Clement, State Commissioner of Excise, Appellants. — Order affirmed, with costs, on the opinion of Carter, J. (Reported in 60 Misc. Rep. 130.) All concurred.

The People of the State of New York ex rel. Nikolaus Kemmet, Appellant, v. William H. Craig, Sheriff of the County of Monroe, Respondent. — Order affirmed on the opinion of Clark, J. (Reported in 60 Misc. Rep. 300.) All concurred.

Charles H. Nerber, Respondent, v. Lyman A. Nerber, Appellant, Impleaded with William F. Nerber and Others. — Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

In the Matter of the Application of Albert B. Miles, Appellant, for a Writ of Mandamus. Thomas W. Hamer and Others, Respondents. — Order affirmed, with costs, on the opinion of Andrews, J., delivered in *Matter of Knollin*, decided at this term of court (See *ante*, p. 908). All concurred, except Spring and Kruse, JJ., who dissented.

In the Matter of the Appraisal of the Estate of Polly Strail, Deceased, under Acts Relating to Taxable Transfers. District Attorney of Onondaga County, Appellant; John Kelly and John Kelly, Jr., Respondents. — Order affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

Margaret Dechambeau, as Administratrix, etc., of Emory Dechambeau, Deceased, Respondent, v. Ames Iron Works, Appellant. — Judgment and order